

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | 5:13-MJ-00471 |
| Antonio Torres | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 13</u>, <u>2013</u>, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Oswald Parada</u>, in Courtroom <u>3</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 9-11-13

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge